DATE  9/20/19
LOCATION  Sherman
JUDGE  Christine A. Nowak
DEPUTY CLERK  K. Lee
COURT REPORTER Digital Recording
USPO: R. Blanco/ L. Dudley
Interpreter:  Not Required
BEGIN:  11:13 a.m. / 11:21 a.m.

CASE NUMBER  4:19CR160-3 SDJ/KPJ
USA _____ Assigned
V  Colleen Bloss _____ Appeared

RAFAEL RAMIREZ
Defendant
Raul Canez, CJA
Attorney

☑ INITIAL APPEARANCE
☑ ARRAIGNMENT

☑ Defendant Sworn        ☐ Interpreter Required

☑ Dft appears:  ☐ with  ☑ without counsel   ☐ pro se   ☐ Counsel appears on behalf of defendant

☑ Date of arrest: 9/18/19    (Other district court & case #) _____
☑ Dft  ☑ advised of charges, penalties, and rights
☑ Dft first appearance with counsel ☑ CJA appointed  ☐ Retained  ☐ Federal Public Defender appointed
   Attorney:  Raul Canez

☐ Dft advises the Court that he/she ☐ has counsel: _____ or, ☐ will hire counsel.
☑ Dft Requests appointed counsel, is sworn & examined re: financial status.
☑ Financial affidavit executed by dft. The court finds the defendant ☐ able ☑ unable to employ counsel.
☑ Raul Canez appointed    ☐ U.S. Pub Defender _____ appointed
☐ If dft cannot retain counsel, the court is to be advised within ____ days so counsel may be appointed.

☑ Govt oral motion for detention  ☐ Govt oral motion for continuance     ☐ Oral Order granting  ☐ Oral Order denying
☑ Defendant oral motion to continue detention hearing                    ☑ Oral Order granting  ☐ Oral Order denying
☐ Arraignment set _____
☑ Detention Hrg set 9/26/19 @ 11:30 a.m.                                 ☐ Temp Detention Order Pending Hearing
☐ Order setting conditions of release    ☐ Bond executed
☐ Dft signed Waiver of Detention Hearing.
☑ Dft remanded to custody of U.S. Marshal.
☐ Dft motion _____
☐ Gvt motion _____

☑   Arraignment held

☑   Dft appears with counsel

☑   Dft   ☑ sworn
          ☑ received copy of charges     ☑ discussed charges with counsel     ☐ charges read
          ☑ waived reading of charges

☑   Dft enters a plea of: ☑ not guilty
    to __Counts 1,2,3 of First Superseding Indictment__

☑   Pretrial Discovery and Inspection Order entered. Case set for final pretrial conference / jury selection and trial setting on:
    ~~MAC~~ / ALM   Pretrial Date: 11/4/19
    (SDJ)

☐   _____

☐   _____

☑   Defendant remanded to custody USM          ☐   Defendant RELEASED on conditions of release after out-processing by USM

☐   Recess _____