IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § <br> § <br> § CASE NUMBER 4:19-CR-00160 <br> § <br> § <br> § <br> § <br> § <br> § <br> § |
| v. | |
| RAFAEL RAMIREZ (3) | |

## ORDER APPOINTING COUNSEL PURSUANT TO THE
## CRIMINAL JUSTICE ACT

This Court has determined that the above-named Defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, pursuant to the Criminal Justice Act (18 U.S.C. §3006A), this Court appoints Raul Antonio Canez, a member of the Criminal Justice Act Panel of this District, to represent this Defendant.

IT IS SO ORDERED.

Signed September 20, 2019.

_____
CHRISTINE A. NOWAK
UNITED STATES MAGISTRATE JUDGE