DATE  9/26/2019
LOCATION  Sherman
JUDGE  Christine A. Nowak
DEPUTY CLERK  K. Lee
COURT REPORTER  Digital Recording
USPO:  L. Dudley
Interpreter:  Not Required
BEGIN:  11:48 a.m./11:50 a.m.

CASE NUMBER  4:19CR160-3 SDJ/KPJ
USA _____ Assigned
V  Chris Eason _____ Appeared

RAFAEL RAMIREZ
Defendant
Raul Canez
Attorney

| ☐ ARRAIGNMENT | ☑ DETENTION HEARING NOT HELD | ☑ STATUS CONFERENCE |

TERM DETENTION HEARING

- ☐ Arraignment held
- ☑ Dft appears with counsel
- ☑ Dft   ☑ sworn
          ☐ received copy of charges     ☐ discussed charges with counsel     ☐ charges read
          ☐ waived reading of charges
- ☐ Interpreter sworn
- ☐ Dft enters a plea of:  ☐ not guilty
    to _____
- ☐ Pretrial Discovery and Inspection Order entered. Case set for final pretrial conference / jury selection and trial setting on:
    _____ MAC / ALM ___ Pretrial Date: _____
- ☐ Government did not move for detention.
- ☑ Defendant waived detention hearing
- ☐ Detention hearing held
    Government witnesses: _____
    Defense witnesses: _____
- ☑ Court orders defendant detained pending trial
- ☐ Detention hearing rescheduled to: _____
- ☑ Defendant remanded to custody of USM     ☐ Defendant RELEASED on conditions of release after out-processing by USM
- ☐ Recess _____