# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **v.** § | **NO. 4:19-CR-00160 (3)** |
| § | |
| **RAFAEL RAMIREZ, Defendant** § | |

## MOTION FOR CONTINUANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes RAFAEL RAMIREZ, Defendant in the above-entitled and numbered cause by and through his undersigned attorney and respectfully files this Motion for Continuance and would show the Court as follows:

1.  The Plea Agreement Deadline in this matter is December 16, 2019 with the Jury Trial and associated events scheduled for January 6, 2020.

2.  Counsel for Defendant respectfully requests that all events be deferred to later dates to allow for adequate time to examine discovery and interview potential witnesses.

3.  Undersigned counsel for the Defendant has conferred with Ms. Anissa Kaufman, Paralegal for Assistant U.S. Attorney, Ernest Gonzalez, Esq. Ms. Kaufman indicates that the request for continuance is unopposed.

4.  This motion is not made for purposes of delay but that justice may be done.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that his Motion for Continuance be granted.

Respectfully submitted,

THE LAW FIRM OF DERIC KING WALPOLE, P.L.L.C.
5900 S. Lake Forest Drive
Suite 410
McKinney, Texas 75070
Tel:  469-500-1243
Fax:  469-675-6186


By: ___*/s/ Deric King Walpole*___
     Deric King Walpole
     State Bar No. 90001936
     deric@dkwdefense.com
     Attorney for RAFAEL RAMIREZ


## CERTIFICATE OF SERVICE

This is to certify that on December 6, 2019, a true and correct copy of this motion was transmitted to Ernest Gonzalez at ernest.gonzalez@usdoj.gov.


     ___*/s/ Deric King Walpole*___
     Deric King Walpole

## **CERTIFICATE OF CONFERENCE**

This is to certify that on December 6, 2019, counsel for the Defendant conferred with Ms. Anissa Kaufman, Paralegal for Assistant U.S. Attorney, Ernest Gonzalez, Esq. Ms. Kaufman indicated that the request for continuance is unopposed.

                                              */s/ Deric King Walpole*
                                              Deric King Walpole

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 4:19-CR-00160 (3)** |
| | § | |
| **RAFAEL RAMIREZ, Defendant** | § | |

## ORDER ON MOTION FOR CONTINUANCE

On this the _____ day of _____, 2019, the Court considered Defendant's Motion for Continuance. The Court finds that the Motion has merit and should be granted. **IT IS THEREFORE ORDERED that Defendant RAFAEL RAMIREZ'S Plea Agreement Deadline, Pretrial Conference, Jury Selection, and Jury Trial be reset to a future date agreed to by the parties and for other such relief that this Honorable Court deems just and right.**

_____
**UNITED STATES DISTRICT JUDGE**