| | |
|---|---|
| DATE: 1/8/2020 | CASE NUMBER  4:19-CR-160  SDJ/KPJ |
| LOCATION: Plano | USA  Ernest Gonzalez   Assigned |
| JUDGE  Kimberly C. Priest Johnson | vs  Colleen Bluss   Appeared |
| DEPUTY CLERK  Jane Amerson | Rafael Ramirez  (03) |
| COURT REPORTER: Digital Recording | Aniceto Gonzalez  (12) |
| INTERPRETER: Leticia Medina (12) | Defendants |
| USPO:  T Routh | Deric Walpole  (03) |
| BEGIN  ~~10:22~~ 11:17 | Ron Uselton, CJA  (12) |
| Total Time 10 min | Attorneys |

Hrg held w/ 4:19-CR-265

FILED
JAN - 8 2020
Clerk, U.S. District Court
Texas Eastern

## ARRAIGNMENT

☒ Arraignment held      ☒ Arraignment called      ☒ Interpreter required for  Gonzalez

☒ Dft # 3  appears: ☒ with  ☐ without counsel  ☐ Court appointed: _____
☒ Dft #12  appears: ☒ with  ☐ without counsel  ☐ Court appointed: _____

☐ Dft # 3  ☒ sworn      ☐ Arraignment not held, reset to: _____
  ☒ received copy of charges      ☐ discussed charges with counsel      ☐ charges read
  ☒ waived reading of charges      ☐ advised maximum penalties

  Dft enters a plea of: ☒ not guilty  ☐ guilty  ☐ nolo  ☐ guilty - lesser
  to counts: ☒1 ☒2 ☒3 ☒4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 ☐11 ☐12 ☐ _____
  ☐ all counts  ☐ indictment includes forfeiture provisions

☐ Dft #12  ☒ sworn      ☐ Arraignment not held, reset to: _____
  ☐ received copy of charges      ☐ discussed charges with counsel      ☐ charges read
  ☒ waived reading of charges      ☐ advised maximun penalties

  Dft enters a plea of: ☒ not guilty  ☐ guilty  ☐ nolo  ☐ guilty - lesser
  to counts: ☐1 ☒2 ☐3 ☒4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 ☐11 ☐12 ☐ _____
  ☐ all counts  ☐ indictment includes forfeiture provisions

☒ Pretrial Discovery and Inspection Order entered. Case set for final pretrial conference / jury selection and trial setting on
   **Monday, March 2, 2020 at 9:00 am before Judge Sean D. Jordan in Plano, Texas**

☐ Defendants # _____ RELEASED ON BOND      ☒ Defendants # _____ REMANDED to USMO

Recess  11:29

_____ Adjourn